UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| NICHOLAS SCHMIDT, | 2:20-CV-10695-TGB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| BRYAN SCOTT BUTLER, et al., | HONORABLE TERRENCE G. BERG |
| Defendants. | |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: March 23, 2023